■ In the Matter of the Claim of Allan T. Needle, Appellant. Commissioner of Labor, Respondent. [997 NYS2d 96]—Appeal from a decision of the Unemployment Insurance Appeal Board, filed July 3, 2013, which denied claimant's application for reopening and reconsideration of a prior decision.

Decision affirmed. No opinion.

Lahtinen, J.P., McCarthy, Rose, Lynch and Clark, JJ., concur. Ordered that the decision is affirmed, without costs.